42,638-01

CLERK: ABEL ACOSTA                                    THURSDAY, JAN. 22, 2015

I AM WRITTING TO REGUESTING TO HAVE AN ADVISORY FILED WITH

THE CRIMINAL COURT OF APPEALS ON BEHALF OF MY 11.07 WRIT OF

HABEAS CORPUS THAT YOU ALL RECEIVED ON 12/31, 2014. ALSO I WANT

IT TO BE DULY NOT THAT I JUST RECIVED YOUR NOTIFICATION THIS

VERY MORNING AND IT WAS POST DATED FROM JAN. 06, 2015. SO IF

YOU WOULD BE KIND AND FILE THIS WITH THE COURT I WILL BE VERY

GRATEFUL .                                           RESPECTFULLY SUBMITTED,

                                                     BRANDON ROBERSON #1378114

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 2 6 2015

Abel Acosta, Clerk

BRANDON RIBERSON   TR. CT. NO. 13.164-A

HUGHES UNIT-TDC#1378114

RT. 2 BOX 4400

GATESVILLE, TEXAS 76597

IN THE COURT OF CRIMINAL APPEALS

AT AUSTIN


EXPARTE ROBERSON, BRANDON    *   WRIT # WR-82,638-01

                             *

                             *


ADVISORY TO COURT


TO THE HONORABLE JUSTICES OF THE TEXAS COURT OF CRIMINAL

APPEALS.

COMES NOW, EXPARTE ROBERSON WHO BEING PR SE MAKES THE

FOLLOWING

## STATEMENT OF CASE,

EXPARTE ROBERSON HAS FILED AN APPLICATION FOR WRIT OF HABEAS CORPUS UNDER TEXAS CODE OF CRIMINAL PROCEDURE, ART.11.07 ATTACKIN VIOLATIONS OF HIS FEDERALLY PROCTED CIVIL RIGHTS OF THE 6TH AMENDMENT AND 14TH AMENDMENT BECAUSE HIS ATTORNEY ABANDONED HIS DIRECT IN THAT DID NOT FILE ANY NOTICE OF APPEAL.

2.

MR.ROBERSON HAS WAITED FOR THE DISTRICT CLERK OF BURLESON COUNTY TO PROVIDE ANY FINDINGS OF FACTS AND CONCLUSIONS OF LAW. TO DATE HE HAS NOT RECEIVED ANY COPY OF ANY FINDINGS OF FACTS OR CONCLUSIONS OF LAW. IT WAS ONLY ON JANUARAY 22,2015 DID MR.ROBERSON RECCIVE THIS COURTS CLERKS NOTICE THAT THEY RECEIVED HIS APPLICATION FOR WRIT OF HABEAS CORPUS.AND THE POST MARK WAS DATED THE 6TH OF JANUARY 2015.

AT THIS TIME MR.ROBERSON IS DULY ADVISING THAT IF ANY FINDINGS OF FACTS WAS FILED BY THE DISTRICT COURT AT NO TIME WAS HE ADVISED OF THIS AND HAS BEEN DEPRIVED HIS DUE PROCESS RIGHTS BY DEPRIVING HIM THE EGUAL OPPORTUNITY TO MAKE AND FILE HIS OBJECTIONS IF ANY.

3.

IN ADDITION TO THIS MR. ROBERSON FILED NUMEROUS MOTIONS:

A( MOTION TO EXPAND THE RECORD

B( MOTION OF PROPOSED DESIGNATION OF ISSUES

C(MOTION TO SHOW CAUSE, AND TO OBTAIN AN AFFIDAVIT FROM THE ATTORNEY WHO REPERSENTED MR. ROBERSON.

ALL PRETEXT MOTIONS WHERE WHOLLY IGNORED BY THE DISTRICT COURT.
AND BECAUSE THE DISTRICT CLERK OF BURLESON COUNTY FAILED TO
SEND ANY NOTICE OF THEM . FORWARDING THE 11.07 MR.ROBERSON
IS LEAD TO BELIEVE THAT NO ORDER WAS ENTERD BY THE DISTRICT
CLERK TO FORWARD ALL MOTIONS TO THIS COURT. FOR ALL CONSIDERATION
OF DUE PROCESS.

4.

AT THIS TIME MR.ROBERSON BEING PROSE RESPECTFULLY ADVISES THIS
COURT OF PROCEDURE ERROR OF THE DISTRICT COURT FOR PRESUMABLY
NOT MAKING ANY FINDINGS OF FACT OR CONCLUSIONS OF LAW BUT THE
DISTRICT CLERK PRE-MATURLY TO THIS COURT. NOW IN NEED OF ORDER
OF REMAND.

5.

PRAYER

ISSUE ORDER OF REMAND, WITH INSTRUCTIONS TO  AKE FINDINGS OF
FACTS AND CONCLUSIONS OF LAW AND IN THE RETROSPECT OF THE EARLIER
MOTIONS.

RESPECTFULLY SUBMITTED,

BRANDON ROBERSON #1378114

HUGHES UNIT

RT.2 BOX 4400

GATESVILLE,TX 76597